**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| STEVEN GERHARDSON, RON HANEK, MIKE JOHNSON, and JIM COSTELLO, | Civil No. 08-537 (JRT/JJK) |
| Plaintiffs, | |
| v. | |
| GOPHER NEWS COMPANY; CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and LOCAL NO. 638 OF THE MISCELLANEOUS DRIVERS, HELPER & WAREHOUSEMEN'S UNION (INTERNATIONAL BROTHERHOOD OF TEAMSTERS) | **ORDER GRANTING DEFENDANT'S MOTION TO STRIKE JURY DEMAND AS TO COUNT 1** |
| Defendants. | |

Jordan M. Lewis, **SIEGEL BRILL GREUPNER DUFFY & FOSTER, PA**, 100 Washington Avenue South, Suite 1300, Minneapolis, Minnesota 55401, for plaintiffs.

Anthony E. Napoli, **CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND**, 9377 West Higgins Road, Tenth Floor, Rosemont, Illinois 60018-4938, for defendant Central States, Southeast and Southwest Areas Pension Fund.

The Court **HEREBY ORDERS** that defendant Central States, Southeast and Southwest Areas Pension Fund's Motion to Strike Plaintiffs' Jury Demand with Respect to Count I of the Amended Complaint [Docket No. 84] is **GRANTED**.

| | |
|---|---|
| DATED: April 16, 2010 | ___s/ John R. Tunheim___ |
| at Minneapolis, Minnesota. | JOHN R. TUNHEIM |
| | United States District Judge |